**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSEMARY K. PATAKY** **PLAINTIFF**

**v.** **Case No. 4:25-cv-01027-LPR**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 11) and the Plaintiff's Objections (Doc. 12). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.[1]

DATED this 28th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Technical changes have been made compared to the RD with respect to the disposition of this case.