**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSEMARY K. PATAKY** **PLAINTIFF**

**v.** **Case No. 4:25-cv-01027-LPR**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 28th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE